7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Craig Matthew Dillon and Elizabeth Ann Dillon
*Debtor*

*Bankruptcy Case No.*
14−20693−drd7

**American Safety Casualty Insurance Company**
   Plaintiff(s)

*Adversary Case No.*
14−02025−drd

v.

**Craig Matthew Dillon**
**Elizabeth Ann Dillon**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness of Craig Matthew Dillon and Elizabeth Ann Dillon to American Safety Casualty Company is herewith entered as a non−dischargeable judgment in the amount of $10,000.00 pursuant to 11 USC Section 523 (a)(4) as a non−dischargeable consent judgment.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
   Deputy Clerk



Date of issuance: 2/27/15

Court to serve